IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND KING, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| ADVANCE AMERICA, CASH ADVANCE, | : | NO. 07-237 |
| CENTERS, INC., et al. | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| SHARLENE JOHNSON, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| ADVANCE AMERICA, CASH ADVANCE, | : | NO. 07-3142 |
| CENTERS, INC., et al. | : | |
| Defendants. | : | |

## ORDER AMENDING ORDER OF AUGUST 18, 2011

AND NOW, on this __31st__ day of August, 2011, the Court's Order (King, ECF No. 76; Johnson, ECF No. 86) entered on August 18, 2011 is hereby amended as follows:

Numbered paragraph 2. is amended to read as follows:

2. To the extent Pennsylvania law would require the availability of class-wide arbitration in these cases, the Federal Arbitration Act preempts Pennsylvania law. See AT&T Mobility LLC v. Concepcion, 131 S. Ct. 1740 (2011); Litman v. Cellco P'ship, ___ F.3d ___, 2011 WL 3689015 (3d Cir. Aug. 24, 2011);

All other provisions of the Order remain in full force and effect.

BY THE COURT:

/s/ Lawrence F. Stengel for
Michael M. Baylson, U.S.D.J.

A:\Johnson - Revised Order re Discovery & Arbitration - FINAL.wpd